UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FERNANDO ZEVALLOS GONZALEZ<br>and<br>IAC INTERNATIONAL, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GEORGE W. BUSH,<br>  in his official capacity as<br>  President of the United States,<br><br>ROBERT W. WERNER,<br>  in his official capacity as<br>  Director, Office of Foreign Assets Control<br>  of the U.S. Treasury Department, and<br><br>THE UNITED STATES<br>TREASURY DEPARTMENT, OFFICE<br>OF FOREIGN ASSETS CONTROL,<br><br>    Defendants. | Civil Action No. 05-2196 (CKK) |

**PLAINTIFF IAC INTERNATIONAL, INC.'S
CERTIFICATE REQUIRED BY LOCAL CIVIL RULE 7.1**

I, the undersigned counsel of record for IAC International, Inc., certify that, to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of IAC International, Inc. which have any outstanding securities in the hands of the public. These representations are made in order that the judges of this court may determine the need for recusal.

Dated: November 14, 2005                    /s/ Blair G. Brown
                                                    Blair G. Brown, DC Bar No. 372609
                                                    ZUCKERMAN SPAEDER LLP
                                                    1800 M Street NW, 10th Floor
                                                    Washington, D.C. 20036
                                                    202-778-1800 (phone)
                                                    202-822-8106 (facsimile)
                                       *Counsel for Plaintiffs Fernando Zevallos Gonzalez*
                                                             *and IAC International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing **PLAINTIFF IAC INTERNATIONAL, INC.'S CERTIFICATE REQUIRED BY LOCAL CIVIL RULE 7.1** to be served by first class mail this 14th day of November on the following:

George W. Bush
President of the United States
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500

Kenneth L. Wainstein
United States Attorney for the
 District of Columbia
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530

Alberto R. Gonzales
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

United States Treasury Department
Office of Foreign Assets Control
c/o John W. Snow
Secretary of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

Robert W. Werner
Director, Office of Foreign Assets Control
U.S. Treasury Department
1500 Pennsylvania Avenue, N.W.
Annex Building
Washington, D.C. 20220

                                                                /s/ Blair G. Brown
                                                                 Blair G. Brown