AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FERNANDO ZEVALLOS GONZALEZ and
IAC INTERNATIONAL, INC.

    Plaintiffs,

V.

GEORGE W. BUSH

ROBERT W. WERNER

THE UNITED STATES TREASURY
  DEPARTMENT, OFFICE OF FOREIGN
  ASSETS CONTROL

    Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER   1:05CV02196

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Administrative Agency Rev:

DATE STAMP: 11/9/2005

TO: (Name and address of Defendant)

GEORGE W. BUSH
President of the United States
1600 Pennsylvania Avenue, N.W.
Washington, DC  20500

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BLAIR G. BROWN
ZUCKERMAN SPAEDER LLP
1800 M STREET, N.W.
WASHINGTON, DC 20036
(202) 778-1829

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

_(signature)_
(By) DEPUTY CLERK

NOV 0 9 2005
DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 11/10/2005 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Delores M. Payne | Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served via U.S. Postal Service Certified Mail - return receipt ~~requested.~~

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/10/2005         *[signature: Delores M. Payne]*
                  Date                   Signature of Server

Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>THE WHITE HOUSE OFFICE ☐ Agent<br>WASHINGTON, D. C. 20500 ☐ Addressee<br>B. Received by (Printed Name)   NOV 2 2 2005  C. Date of Delivery |
| 1. Article Addressed to:<br><br>George W. Bush<br>President of the United States<br>1600 Pennsylvania Avenue, N.W.<br>Washington, DC 20500 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)        ☐ Yes |
| 2. Article Number (Transfer from service label)  7005 1160 0004 4239 2437 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FERNANDO ZEVALLOS GONZALEZ and
IAC INTERNATIONAL, INC.

    Plaintiffs,

V.

GEORGE W. BUSH

ROBERT W. WERNER

THE UNITED STATES TREASURY
  DEPARTMENT, OFFICE OF FOREIGN
  ASSETS CONTROL

    Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER   1:05CV02196

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Administrative Agency Re

DATE STAMP: 11/9/2005

TO: (Name and address of Defendant)

United States Treasury Department, Office of Foreign Assets Control
c/o JOHN W. SNOW
Secretary of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BLAIR G. BROWN
ZUCKERMAN SPAEDER LLP
1800 M STREET, N.W.
WASHINGTON, DC 20036
(202) 778-1829

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

(By) DEPUTY CLERK

NOV 0 9 2005
DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  11/10/2005 |
| NAME OF SERVER *(PRINT)*  Delores M. Payne | TITLE  Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  Served via U.S. Postal Service Certified Mail - return receipt requested

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/10/2005
            Date

*Signature of Server*

Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C.  20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  M. Middleton   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>NOV 16 2005 |
| 1. Article Addressed to:<br><br>John W. Snow<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, DC 20220 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)   7005 1160 0004 4239 2451 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FERNANDO ZEVALLOS GONZALEZ and
IAC INTERNATIONAL, INC.

    Plaintiffs,

        V.

GEORGE W. BUSH

ROBERT W. WERNER

THE UNITED STATES TREASURY
  DEPARTMENT, OFFICE OF FOREIGN
  ASSETS CONTROL

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:05CV02196

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Administrative Agency Rev

DATE STAMP: 11/9/2005

TO: (Name and address of Defendant)

ROBERT W. WERNER
Director, Office of Foreign Assets Control
U.S. Treasury Department
1500 Pennsylvania Avenue, N.W.
Annex Building
Washington, DC 20220

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BLAIR G. BROWN
ZUCKERMAN SPAEDER LLP
1800 M STREET, N.W.
WASHINGTON, DC 20036
(202) 778-1829

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                  NOV 0 9 2005
CLERK                                       DATE

*(signature)*
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11/10/2005 |
| NAME OF SERVER *(PRINT)* Delores M. Payne | TITLE Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served via U.S. Postal Service Certified Mail - return receipt requested.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/10/2005          *[signature] Delores M. Payne*
           Date              Signature of Server

Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C.  20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

