AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FERNANDO ZEVALLOS GONZALEZ and
IAC INTERNATIONAL, INC.

    Plaintiffs,

        V.

GEORGE W. BUSH

ROBERT W. WERNER

THE UNITED STATES TREASURY
DEPARTMENT, OFFICE OF FOREIGN
ASSETS CONTROL

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:05CV02196

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Administrative Agency Rev.

DATE STAMP: 11/9/2005

TO: (Name and address of Defendant)

ALBERTO R. GONZALES
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BLAIR G. BROWN
ZUCKERMAN SPAEDER LLP
1800 M STREET, N.W.
WASHINGTON, DC 20036
(202) 778-1829

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON    NOV 0 9 2005

CLERK    DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11/10/2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Delores M. Payne | Legal Secretary |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    G  Other (specify): Served via U.S. Postal Service Certified Mail - returned receipt requested.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/10/2005   *[signature: Delores M. Payne]*
            *Date*                  *Signature of Server*

Zuckerman spaeder LLP
1800 M Street, N.W., Suite 1000, Washington, D.C. 20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ernst H Peck_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>NOV 15 2005 |
| 1. Article Addressed to:<br><br>Alberto R. Gonzales<br>Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7005 1160 0004 4239 2420 | |
| PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540 | |