AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FERNANDO ZEVALLOS GONZALEZ and
IAC INTERNATIONAL, INC.

    Plaintiffs,

V.

GEORGE W. BUSH

ROBERT W. WERNER

THE UNITED STATES TREASURY
   DEPARTMENT, OFFICE OF FOREIGN
   ASSETS CONTROL

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:05CV02196

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Administrative Agency Re

DATE STAMP: 11/9/2005

TO: (Name and address of Defendant)

KENNETH L. WAINSTEIN
United States Attorney for the District of Columbia
Judiciary Center Building
555 Fourth Street, N.W.
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BLAIR G. BROWN
ZUCKERMAN SPAEDER LLP
1800 M STREET, N.W.
WASHINGTON, DC 20036
(202) 778-1829

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      NOV 0 9 2005

CLERK                                   DATE

_(signature)_

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 11/10/2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Delores M. Payne | Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served via U.S. Postal Service Certified Mail - return receipt requested.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/10/2005            *[signature]* Delores M. Payne
            Date                   Signature of Server

Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C.  20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name ) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Kenneth L. Wainstein<br>United States Attorney for the District of Columbia<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |
| 2. Article Number (Transfer from service label) | 7005 1160 0004 4239 2413 | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540