UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

FERNANDO ZEVALLOS GONZALEZ )
and )
IAC INTERNATIONAL, INC., )
)
**Plaintiffs,** )
)
v. )   Civil Action No. 05-2196 (CKK)
)
GEORGE W. BUSH, )
  in his official capacity as )
  President of the United States, *et al.* )
)
**Defendants.** )
_____ )


## PLAINTIFFS' NOTICE OF DISMISSAL

Plaintiffs Fernando Zevallos Gonzalez and IAC International, Inc., through counsel, hereby dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).


Dated: December 21, 2005        _____/s/ Blair G. Brown_____
                                Blair G. Brown, DC Bar No. 372609
                                ZUCKERMAN SPAEDER LLP
                                1800 M Street NW, 10th Floor
                                Washington, D.C. 20036
                                202-778-1800 (phone)
                                202-822-8106 (facsimile)
                                *Counsel for Plaintiffs Fernando Zevallos Gonzalez
                                and IAC International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing **PLAINTIFFS NOTICE OF DISMISSAL** to be served by first class mail this 21st day of December on the following:

George W. Bush
President of the United States
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500

Kenneth L. Wainstein
United States Attorney for the
 District of Columbia
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530

Alberto R. Gonzales
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

United States Treasury Department
Office of Foreign Assets Control
c/o John W. Snow
Secretary of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

Robert W. Werner
Director, Office of Foreign Assets Control
U.S. Treasury Department
1500 Pennsylvania Avenue, N.W.
Annex Building
Washington, D.C. 20220

/s/ Blair G. Brown
Blair G. Brown